```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
ASHER B. EDELMAN,                  :
                                   :
                Appellant,         :    09 Civ. 6278 (WHP)
                                   :    Appeal from Bankruptcy
                                   :    Case No. 08-12213
                                   :
        -against-                  :    SCHEDULING ORDER
                                   :
ROY BABITT, as Trustee of          :
Neuhoff-Edelman Gallery LLC,       :
                                   :
                Appellee.          :
                                   :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09

WILLIAM H. PAULEY III, District Judge:

        This Court will hear oral argument on the appeal on October 16, 2009, at 10:30 a.m.

Dated: August 11, 2009
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                                 U.S.D.J.

*Counsel of Record:*

Sanford P. Rosen, Esq.
SANFORD P. ROSEN & ASSOCIATES, P.C.
747 Third Avenue
New York, NY 10017
*Counsel for Appellant*

Jeffrey D. Vanacore, Esq.
ARENT FOX LLP
1675 Broadway
New York, NY 10019
*Counsel for Appellee*